## James R. ARMSTRONG, Nancy Armstrong, Plaintiffs–Appellants,

v.

## COLONIAL BANK, N.A., Defendant–Appellee.

No. 06–12310
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 26, 2006.

Filed Sept. 26, 2006.

James R. Armstrong, Melbourne, FL, pro se.

Nancy Armstrong, Melbourne, FL, pro se.

Ben H. Harris, III, Miller, Hamilton, Snider & Odom, Mobile, AL, for Defendant–Appellee.

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

We affirm the judgment of the district court dismissing appellants' amended complaint for failure to state a claim for relief. See Fed.R.Civ.P. 12(b)(6). Record Vol 1, at Tab 26. We conclude that appellants' claim is foreclosed for the reasons stated in the district court's order of dismissal. *Id.*

AFFIRMED.